UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION

Case No. 20-md-2973
MDL No. 2973

BRIAN R. MARTINOTTI, U.S.D.J.
LEDA D. WETTRE, U.S.M.J.

ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

**THIS DOCUMENT RELATES TO:  CASES IDENTIFIED IN TABLE A**

**THIS MATTER** having come before the Court following entry of Orders granting plaintiff's counsel's motions to withdraw in the cases identified in Table A; and the Court having ordered plaintiffs in the identified cases to either retain new counsel or advise the Court of their intention to proceed *pro se* by a date certain; and the Court having further advised that plaintiffs' failure to respond by a date certain would result in dismissal of their actions; and withdrawing counsel having served plaintiffs with the Orders granting leave to withdraw; and the Court having received no response from the plaintiffs identified in Table A; and the deadline to respond now having passed; and for good cause shown;

**IT IS** on this 27th day of August 2025,

**ORDERED** that the cases identified in Table A are **DISMISSED WITHOUT PREJUDICE** and shall be marked **CLOSED**.

/s/Brian R. Martinotti
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

2

## TABLE A

| Plaintiff | Civil Action No. | Date By Which Plaintiff Ordered to Respond to the Court |
|---|---|---|
| Dilley, Sheila | 22-1510 | July 25, 2025 |
| Hooper, Jacqulyn | 22-2172 | July 25, 2025 |
| Stephens, Courtney | 22-2184 | July 25, 2025 |
| Armstrong, Brooke | 21-12435 | August 18, 2025 |